UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CITIGROUP INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 20-cv-9438 (AJN) |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORDER |

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in this matter is scheduled for February 5, 2021 at 3:45, per Dkt. No. 6. That conference will include all of the individual cases in the consolidated case. Any conferences scheduled in those cases prior to consolidation are adjourned as a result of the Court's order consolidating the cases. Dkt. No. 13.

    SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                                      ALISON J. NATHAN
                                                 United States District Judge