UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CITIGROUP INC. SHAREHOLDER
DERIVATIVE LIGITATION

THIS DOCUMENT RELATES TO ALL ACTIONS

20-cv-9438 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The conference scheduled for 3:45 PM on Friday, February 5, 2021 is hereby rescheduled to 3:00 PM.

      SO ORDERED.

Dated: February 4, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1