UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/8/2021

IN RE CITIGROUP INC. SHAREHOLDER
DERIVATIVE LITIGATION

20-cv-9438 (AJN)

THIS DOCUMENT RELATES TO ALL ACTIONS

ORDER

ALISON J. NATHAN, District Judge:

As stated at the February 5, 2021 conference and oral argument, the Court stays this matter pending resolution of the anticipated motion to dismiss in *In re Citigroup Securities Litigation*, No. 20-cv-9132.  The motion to intervene is therefore dismissed as moot.  This resolves Dkt. Nos. 21, 25, and 49.

The parties shall jointly write the Court within one week of the issuance of a decision on the anticipated motion to dismiss in 20-cv-9132 with a proposal for next steps in this matter.

SO ORDERED.

Dated: February 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge